**Dyretha HAMBRIGHT, Plaintiff–Appellant,**

v.

**John E. POTTER, Postmaster General, Defendant–Appellee.**

**No. 10–15694.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 12, 2011.

Filed May 18, 2011.

Richard Moreno Martinez, Esquire, Law Office of Richard M. Martinez, Tucson, AZ, for Plaintiff–Appellant.

Christine Ducat Keller, Assistant U.S. Attorney, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Defendant–Appellee.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

594

Before: B. FLETCHER and THOMAS, Circuit Judges, and ROSENTHAL, District Judge.*

MEMORANDUM **

Plaintiff Dyretha (Dicy) Hambright ("Hambright") appeals from the district court's entry of summary judgment in favor of her employer, the United States Postal Service ("USPS"). We affirm. Because the parties are familiar with the factual and procedural history of the case, we need not recount it here.

The district court properly entered summary judgment in favor of the USPS on Hambright's claims of retaliation and race discrimination under Title VII. Even if we assume, *arguendo*, that Hambright made a prima facie case of retaliation, she has not offered "specific" and "substantial" circumstantial evidence raising a triable issue of fact as to whether the Postal Service's legitimate reason for its actions is a pretext for a retaliatory motive. *See Nilsson v. City of Mesa*, 503 F.3d 947, 954–55 (9th Cir.2007). Hambright failed to make a prima facie case of race discrimination because her proposed comparators are not "similarly situated" employees. *See Moran v. Selig*, 447 F.3d 748, 755 (9th Cir. 2006).

**AFFIRMED.**

* The Honorable Lee H. Rosenthal, District Judge for the U.S. District Court for Southern Texas, Houston, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.